**No. 09-9230. Gerard D. Grandoit, Petitioner v. Liberty Mutual Insurance Company.**

559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3612, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9233. Luis Gonzalez and Maria Gonzalez, Petitioners v. Lynne Riddle, et al.**

559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3571, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-9235. Roy L. Woodson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3551, ■

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9239. James A. Mays, Petitioner v. Perry Phelps, Warden, et al.**

559 U.S. 1096, 130 S. Ct. 2377, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3534.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9245. Darryl McGore, Petitioner v. Officer Lutz, et al.**

559 U.S. 1096, 130 S. Ct. 2378, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3503.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9265. Kristopher Thomas Kastner, Petitioner v. Texas, et al.**

559 U.S. 1096, 130 S. Ct. 2379, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3549.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 980.

**No. 09-9274. Eiad Barghout, Petitioner v. Illinois.**

559 U.S. 1096, 130 S. Ct. 2379, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3577.

April 26, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

**No. 09-9285. Anthony Dean Slama, Petitioner v. California.**

559 U.S. 1096, 130 S. Ct. 2380, 176 L. Ed. 2d 774, 2010 U.S. LEXIS 3506.

April 26, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.